Adam Apollo (SBN: 285829)
**JBV LAW & ASSOCIATES**
1210 N. Jefferson St. Suite F
Anaheim, CA 92807
Tel: (714) 902-2088   Fax: (714) 243-6000

Attorney for Plaintiff MOOSE HILLS, LLC

Daniel Fox (SBN 268757)
daniel.fox@klgates.com
Jonathan Theonugraha (SBN 306812)
jonathan.theonugraha@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Defendants
ENEL KANSAS, LLC and
ENEL SURPRISE VALLEY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Moose Hills, LLC,** an Idaho limited liability company, <br><br>                    Plaintiff, <br><br>     vs. <br><br> **Enel Kansas, LLC**, a Delaware limited liability company; **Enel Surprise Valley, LLC**, a Delaware Limited Liability Company; **DOES 1-25** inclusive, <br><br>                    Defendants. | Case No.: 2:22-cv-01488-MCE-AC <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER** <br><br><br><br> District Judge:   Morrison C. England, Jr. <br> Magistrate Judge: Allison Claire <br><br> Complaint Filed:  April 19, 2022 <br> Trial Date:       TBD |

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**
**CASE NO. 2:22-CV-01488-MCE-AC**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Moose Hills, LLC and Defendants Enel Kansas, LLC and Enel Surprise Valley, LLC (hereinafter, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate to **DISMISS WITH PREJUDICE** all claims asserted by Plaintiff in this action. Each of the Parties shall bear its own costs, expenses, and attorneys' fees. The Parties further stipulate and hereby request that this Court shall retain jurisdiction for purposes of enforcing the settlement agreement in this action, entered into and executed between the Parties with an effective date of July 24, 2023 (the "Settlement Agreement").

**SO STIPULATED.**

Dated: August 22, 2023              **JBV LAW & ASSOCIATES**

                                By: */s/ Adam Apollo (as authorized on 8/21/2023)*
                                    Adam Apollo, Esq.

                                    Attorneys for Plaintiff

Dated: August 22, 2023              **K&L GATES LLP**

                                By: */s/ Jonathan Theonugraha*
                                    Daniel Fox
                                    Jonathan Theonugraha

                                    Attorneys for Defendants

**ORDER**

Pursuant to the Parties' joint stipulation,

IT IS HEREBY ORDERED that

1.) All claims asserted by Plaintiff Moose Hills, LLC against Defendants Enel Kansas, LLC and Enel Surprise Valley, LLC in this action are hereby dismissed WITH PREJUDICE.

2.) Each Party is to bear its own costs and expenses, including attorneys' fees.

3.) This Court shall retain jurisdiction for purposes of enforcing the settlement agreement in this action, entered into and executed between the Parties with an effective date of July 24, 2023 (the "Settlement Agreement").

4.) The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 23, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE